December 8, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

SYLVIA BRAZLE, Appellant

NO. 14-10-01016-CV                    V.

MEADOWS ON THE MEWS OWNERS ASSOCIATION AND GENESIS
COMMUNITY MANAGEMENT, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellees, Meadows on the Mews Owners Association and Genesis Community Management, Inc., signed October 11, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Sylvia Brazle, to pay all costs incurred in this appeal. We further order this decision certified below for observance.